IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

JEB R. STEWART, )
)
    Plaintiff, )
)
v. ) CIVIL ACTION NO. CV205-014
)
JO ANNE B. BARNHART, )
Commissioner of Social Security, )
)
    Defendant. )

## ORDER

After an independent review of the record, the Court concurs with the Report and Recommendation of the Magistrate Judge, to which Defendant filed Objections. In his Objections, Defendant argues that the ALJ properly considered and weighed the medical opinions provided by Dr. Hein and Dr. Usifo, as well as the Veterans Affairs ("VA") disability rating. Defendant contends that the ALJ explicitly concurred with the opinion of Dr. Willingham, the non-examining state agency medical consultant. Defendant avers that the ALJ rejected the opinions of Drs. Hein and Usifo because they were provided after Plaintiff's disability date.

Defendant's Objections are without merit. Although the Court agrees that the ALJ provided a detailed summary of the medical evidence of record, Defendant draws tenuous assumptions regarding the ALJ's analysis of these opinions. Thus, the record should be

AO 72A
(Rev. 8/82)

more fully developed to clearly discuss the weight the ALJ provided each opinion and his method of resolving discrepancies between them. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. The decision of the Commissioner is **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g).

**SO ORDERED**, this ___14___ day of ___March___, 2006.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)